Re: James G. DEAVER v. BE&K CONSTRUCTION CO., et al.
(379 S. E. (2d) 906)

Supreme Court

June 9, 1989.

The Court has issued the following Order on Petition for Writ of Certiorari in the above entitled matter:
Petition for Writ of Certiorari denied.